UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT THROWER,

       Plaintiff,                                    Case No. 18-11834

vs.                                                  HON. MARK A. GOLDSMITH

THE WASHINGTON POST, et al.,

       Defendants.
_____/

**OPINION & ORDER**
**ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED DECEMBER 19, 2018 RECOMMENDING DEFENDANTS' MOTION TO DISMISS (DKT. 9) BE GRANTED**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Stephani Dawkins Davis, issued on December 19, 2018. In the R&R, the Magistrate Judge recommends that the Court grant Defendants' motion to dismiss (Dkt. 9). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court.

       Accordingly, the Court **GRANTS** Defendants' motion to dismiss (Dkt. 9). This matter is **DISMISSED WITHOUT PREJUDICE**.

       SO ORDERED.

Dated: January 11, 2019                            s/Mark A. Goldsmith
   Detroit, Michigan                              MARK A. GOLDSMITH
                                                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 11, 2019.

s/Karri Sandusky
Case Manager
